UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § | Chapter 11 |
| § | |
| **WELLPATH HOLDINGS, INC.,** et al., § | **Lead Case No.** 24-90533 (ARP) |
| § | **Case No.** 24-90556 |
| *Debtor.* § | |
| § | |
| § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF KYSE MONK, A MINOR, THROUGH A GUARDIAN KANDI STEWART'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Court has considered Plaintiff KYSE MONK, a minor, through his guardian KANDI STEWART's (hereinafter referred to as "Plaintiff" or "Minor") Motion for Relief from the Automatic Stay to Allow the Pending Personal Injury and Wrongful Death Claims pursuant to 11 USC § 362(d) against the Debtor, WELLPATH CALIFORNIA FORENSIC MEDICAL GROUP, INC.,[1] to Proceed. The Court finds that good cause exists to grant the relief requested.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 USC § 362(a) is lifted to permit Plaintiff to continue litigation of the claims asserted in *Estate of Monk v. Alameda County, et al.,* Case No. 22-cv-04037-TSH pending in the United States District Court for the Northern District of California.

3. This Order authorizes the determination of liability and liquidation of damages in the Personal Injury and Wrongful Death Action.

---

[1] Wellpath CFMG, Inc., Case No. 24-90556, and Tax I.D. No. 46-1363407.

[Proposed[ Order Granting Motion for Relief from the Automatic Stay

1

4. _____

   _____

   _____

Signed on the _____ day of _____, 2024.

                                                                   _____
                                                                   ALFREDO R. PEREZ
                                                                   United States Bankruptcy Judge